UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Hannah Andrus v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 12-cv-10892-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Stipulation of Dismissal filed on February 18, 2015 (Doc. 5), the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Cheryl A. Ritter*
**Deputy Clerk**

Date: February 20, 2015

APPROVED:

Digitally signed by
David R. Herndon
Date: 2015.02.20
12:41:21 -06'00'

DISTRICT JUDGE
U. S. DISTRICT COURT

1