## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Marsha Casugod, et al. v. Bayer Schering*  No.    3:11-cv-10343-DRH-PMF
*Pharma AG, et al.*

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Stipulations of Dismissal filed on December 22, 2014 (MDL 2100 Doc. 3586-1), July 15, 2014 (Doc. 7), July 18, 2014 (Doc. 8), and February 18, 2015 (Doc. 9), the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
**ACTING CLERK OF COURT**

BY:  /s/*Cheryl A. Ritter*
**Deputy Clerk**

Date: February 20, 2015

APPROVED:

Digitally signed by
David R. Herndon
Date: 2015.02.20
12:42:31 -06'00'

DISTRICT JUDGE
U. S. DISTRICT COURT